**AFFIRM; and Opinion Filed May 3, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01043-CR

### ADOLFO RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F12-52780-Q

## MEMORANDUM OPINION

Before Justices FitzGerald, Murphy, and Lewis
Opinion by Justice Lewis

Adolfo Rodriguez waived a jury and pleaded guilty to indecency with a child. *See* TEX. PENAL CODE ANN. § 21.11(a) (West 2011). The trial court deferred adjudicating guilt, placed appellant on ten years' community supervision, and assessed a $2,000 fine. The trial court later granted the State's motion to adjudicate, finding appellant violated the terms of his community supervision, and assessed punishment at twenty years' imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable

grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/David Lewis/
DAVID LEWIS
JUSTICE

Do Not Publish
Tex. R. App. P. 47

121043F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADOLFO RODRIGUEZ, Appellant

No. 05-12-01043-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-52780-Q).
Opinion delivered by Justice Lewis,
Justices FitzGerald and Murphy
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.


Judgment entered May 3, 2013.


     /David Lewis/
     DAVID LEWIS
     JUSTICE